In re ROBINSON. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henry A. Robinson, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 122 N. Y. Supp. 1143.

ROBINSON v. MARTIN et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Carolina M. Robinson against Katherine T. Martin and others. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 123 N. Y. Supp. 146.

ROCKLAND-ROCKPORT LIME CO., v. LEARY et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the Rockland-Rockport Lime Company against Mary C. Leary, as administratrix, etc., and others. No opinion. Judgment affirmed, with costs. See also, 133 App. Div. 379, 117 N. Y. Supp. 405.

ROGAN v. MOORE et al. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Appeal from Special Term, New York County. Action by John H. Rogan, as executor, against William J. Moore, as administrator, and others. From a judgment in favor of plaintiff, defendant Moore appeals. Affirmed. John T. Fenlon, for appellant. James Kearney, for respondent.

PER CURIAM. The judgment should be affirmed, with costs, on the authority of Matter of Totten, 179 N. Y. 112, 71 N. E. 748, 70 L. R. A. 711, and Matter of U. S. Trust Co., 117 App. Div. 178, 102 N. Y. Supp. 271, affirmed on opinion of Scott, J., 189 N. Y. 500, 81 N. E. 1177.

ROGERS, Respondent, v. ATLANTIC, GULF & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Elizabeth M. Rogers against the Atlantic, Gulf & Pacific Company. No opinion. Order affirmed, without passing upon the question of the effect of sections 73 and 74 of chapter 474 of the Laws of 1909, with $10 costs and disbursements.

ROHRBACHER, Respondent, v. GILLIG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Philip Rohrbacher against Mary Anna Gillig and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that under the charge of the court the defendant was not shown guilty of actionable negligence, nor the plaintiff free from contributory negligence.

ROOD, Appellant, v. BANK OF CATTARAUGUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Charles D. Rood against the Bank of Cattaraugus.

PER CURIAM. Judgment affirmed, with costs. See, also, 134 App. Div. 911, 118 N. Y. Supp. 1138.

SPRING, J., not sitting.

ROOD, Appellant, v. BANK OF CATTARAUGUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Charles D. Rood against the Bank of Cattaraugus.

PER CURIAM. Order affirmed, without costs. See, also, supra.

SPRING J., not sitting.

ROSENBERG v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Ignatz Rosenberg against the People's Surety Company of New York. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 125 App. Div. 911, 109 N. Y. Supp. 1145.

ROSS et al., Respondents, v. DOUX, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Charles Ross and another against Jules Doux. No opinion. Judgment affirmed, with costs.

In re RYAN. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of Grace Ryan, an infant. No opinion. Order affirmed, with $10 costs and disbursements.

In re SAHLER. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of the application of Charles O. Sahler for an order revoking and canceling liquor tax certificate No. 22,090, issued to George P. Zeeh. No opinion. Order affirmed, with costs.

SCHNEIDER et al., Appellants, v. PINES, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Simon Schneider and others against Joseph Pines. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 122 N. Y. Supp. 1144.

SCHWARTZ et al., Appellants, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Moses Schwartz and others against Sarah Cohen. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

SCOTT, Respondent, v. TOWN OF NORTH SALEM, et al., Appellant. (Supreme Court,